1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone:    (559) 497-4000
   Facsimile:    (559) 497-4099
5
   Attorneys for United States of America
6

**FILED**

**OCT 16 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

7              IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
8

9  In the Matter of the Search of:          CASE NO.  1:13-SW-00080-BAM

10 Certain Digital Devices Located at 5200 N. Palm    ORDER UNSEALING SEARCH WARRANT
   Ave., Suite, 207, Fresno, CA 93704              AFFIDAVIT AND SEARCH WARRANT
11

12

13        The search warrant affidavit and warrant in this case having been sealed on Arpril 10, 2013, and it

14 appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted

15 by the United States,

16        IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made

17 public record.

18

19 Dated: October 16, 2013

20                                         Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                          1